UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-80762-HURLEY
(CASE NO. 11-CR- 80088-HURLEY)

HERCULES YARNS,

       Movant,

v.

UNITED STATES OF AMERICA,

       Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION & DIRECTING THE CLERK TO TRANSFER THE CASE

**THIS CAUSE** is before the court upon receipt of a Report and Recommendation [DE 6] from the Honorable Patrick A. White, United States Magistrate Judge. The Court has reviewed the R&R and will adopt in in toto. The Court is futher aware of the liberal pleading standard afforded *pro se* litigants, *see Haines v. Kerner*, 404 U.S. 519 (1972), and is particularly mindful of the narrow window for lodging claims seeking relief under the Supreme Court's decision in *Johnson v. United States*, 576 U.S. ___, 135 S.Ct. 2551 (2015). Accordingly, it is

**ORDERED and ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation, dated May 18, 2016, [DE 6] is hereby **APPROVED AND ADOPTED** in full. Movant's motion shall be treated as a motion for leave to file a second successive § 2255 motion to vacate his sentence.

2. Pursuant to 28 U.S.C. § 1631, the Clerk of this Court shall electronically transfer Movant's motion to the United States Court of Appeals for the Eleventh Circuit. Furthermore, the Clerk shall immediately provide the Movant with a form to seek

      authorization from the Court of Appeals to file a successive § 2255 motion.

3. This case shall be **STAYED** and **ADMINISTRATIVELY CLOSED** pending authlorization from the Court of Appeals.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida, this 20th day of May, 2016.

                                            Daniel T. K. Hurley  
                                            Senior United States District Judge

cc: Judge White  
      The parties